IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EMERY GENE BRADLEY,

    Plaintiff,

vs.                                                                                 No. CIV 18-0202 KG/GBW

KAREN L TOWNSEND, *District Judge*,
ASHLEY A. LONDY, *Assistant District Attorney*,
and EMETERIO L. RUDOLFO, *Defense Attorney,*

    Defendants.

## ORDER OF REFERENCE RELATING TO
## PRISONER CASES

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this case is referred to Magistrate Judge Gregory B. Wormuth to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case. The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties will be given the opportunity to object to the proposed findings, analysis, and disposition as described in 28 U.S.C. § 636(b)(1). Objections must be filed within fourteen (14) days after being served with a copy of the proposed disposition.

_____
**UNITED STATES DISTRICT JUDGE**