IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EMERY GENE BRADLEY,

    Petitioner,

v.                                                            No. 18-CV-00202-KG-GBW

KAREN L. TOWNSEND, ASHLEY A.
LONDY, EMETERIO L. RUDOLFO,
BETTY JUDD,[1]

    Respondents.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal Without Prejudice filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case,

IT IS THEREFORE ORDERED that this habeas proceeding is DISMISSED without prejudice.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Respondents Townsend, Londy, and Rudolfo have been dismissed as parties to this action. (*See* Doc. 12).